RECEIVED

2011 MAY 25 P 12: 54

CLERK U.S. DISTRICT COURT
N.D. CA. SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Twilah Monroe, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>Apple, Inc.<br><br>Defendant. | CASE NO. 5:11-cv-02394-PSG<br><br>XXXXXXXX<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Shanon J. Carson, whose business address and telephone number is

Berger & Montague, P.C., 1622 Locust Street, Philadelphia, PA 19103, (215) 875-3000

and who is an active member in good standing of the bar of Pennsylvania

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff, Twilah Monroe

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 31, 2011

Paul Singh Grewal
United States Magistrate Judge