1  Michael J. Boni (Admitted 09/11/92)
   mboni@bonizack.com
2  **BONI & ZACK LLC**
   15 St. Asaphs Road
3  Bala Cynwyd, PA 19004
   Telephone: (610) 822-0200
4  Facsimile: (610) 822-0206

5  *Proposed Interim Co-Lead Class Counsel*

6  Christopher T. Heffelfinger (SBN 118058)
   cheffelfinger@bermandevalerio.com
7  Anthony D. Phillips (SBN 259688)
   aphillips@bermandevalerio.com
8  **BERMAN DEVALERIO**
   One California Street, Suite 900
9  San Francisco, CA  94111
   Telephone: (415) 433-3200
10 Facsimile:  (415) 433-6282

11 *Proposed Liaison Counsel for Plaintiffs*

12 Other Counsel Appear On Signature Page

13
14 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
15

| | |
|---|---|
| Garen Meguerian, individually and on behalf of all others similarly situated, | Case No. 11-cv-1758-JF |
| Plaintiff, | **REVISED STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF CASES** |
| v. | |
| Apple Inc., | |
| Defendant. | |
| Lauren Scott, Kathleen Koffman and Heather Silversmith, individually and on behalf of all others similarly situated, | Case No. 11-cv-1989-JF |
| Plaintiffs, | |
| v. | |
| Apple Inc., | |
| Defendant. | |

| | |
|---|---|
| Twilah Monroe, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Apple Inc.,<br><br>Defendant. | Case No. 11-cv-2394-PSG |

WHEREAS, Plaintiffs in the above-captioned actions ("Actions"), on behalf of themselves and all others similarly situated, all assert claims against Defendant Apple Inc. ("Defendant" or "Apple") for its alleged deceptive acts and practices in connection with its sale to minors of "in-app" content; and

WHEREAS, in an effort to effectively manage this litigation and proceed in an efficient manner, **IT IS HEREBY STIPULATED THAT**:

### I.   CONSOLIDATION OF RELATED ACTIONS

1. The above actions are hereby deemed related and consolidated for discovery and pre-trial proceedings before this Court.

2. The clerk shall establish and maintain a Master Docket and Master File for this proceeding under the caption "*In re Apple In-App Purchase Litigation,*" Master File No. 11-cv-1758 JF. All orders, pleadings, motions and other documents should, when filed and docketed in the Master File, be deemed filed and docketed in each individual case.

3. The parties will meet and confer if any additional action is filed in, removed to, or transferred to this Court to determine whether the new action involves the same or substantially similar issues of law and fact and whether consolidation would be appropriate. If the parties agree that the new action is appropriately consolidated with the Actions, the parties will follow the procedures below:

   a. The parties will jointly file a request to consolidate the matter with this Court and counsel for Plaintiffs in the Consolidated Action shall serve notice on counsel in the action counsel are seeking be consolidated;

   b. The parties will jointly request that the Clerk of the Court:

     i. place a copy of this Order in the separate file for such action;

     ii. provide a copy of this Order to counsel for the plaintiff(s) in the newly filed or transferred action and to any defendant(s) in the newly filed or transferred action; and

     iii. make an appropriate entry on the Master Docket for the Consolidated Action.

  4. If the parties in the Actions do not agree that the new action should be consolidated with the Actions, the party seeking consolidation may, within ten (10) days after meeting and conferring with the party opposing consolidation, file a motion for consolidation.

**II. FILING AND DOCKETING PROCEDURES**

  1. Every pleading hereafter filed in this Consolidation Action shall bear the following caption:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE IN-APP PURCHASE LITIGATION | Master File No. 11-cv-1758 JF |
| **This Document Relates To:**<br> **All Actions.** | |

  2. When a pleading or paper is intended to be applicable to all actions to which this Order is applicable, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading or paper is intended to be applicable to only some, but not all of such actions, this Court's docket number for each action to which the pleading or paper is intended to be applicable and the last name of the first named plaintiff(s) in that action shall appear immediately after the words "This Document Relates To:" in the caption described above, i.e., "Civil Action No. _____ [Name of plaintiff(s)]."

3. When a pleading or paper is filed and the caption, pursuant to ¶ 2, shows that it is to be applicable to "All Actions," the Clerk shall file such pleading or paper in the Master File and note such filing in the Master Docket. No further copies need be filed or other docket entries made.

4. When a pleading or paper is filed and the caption, pursuant to ¶ 2, shows that it is applicable to fewer than all of the Actions, the Clerk shall file such pleading or other paper only in the Master File but nonetheless shall note such filing in both the Master Docket and in the docket of each such action.

### III.  FILING OF CONSOLIDATED AMENDED COMPLAINT AND RESPONSE THERETO

1. Plaintiffs shall file a Consolidated Amended Complaint on or before June 17, 2011.

2. Defendant need not answer or otherwise respond to any of the complaints in the three separate actions captioned above.

3. Defendant shall file an answer or otherwise respond to the Consolidated Amended Complaint on or before August 5, 2011.

4. If Defendant files a motion to dismiss the Consolidated Amended Complaint, Plaintiffs shall file a response to the motion on or before September 2, 2011, and Defendant shall file its reply brief on or before September 21, 2011.

**IT IS SO STIPULATED.**

Dated:  June 9, 2011

By: /s/ Christopher T. Heffelfinger
Christopher T. Heffelfinger

Anthony D. Phillips
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
(415) 433-3200

*Proposed Interim Liaison Counsel for Plaintiffs*

Michael J. Boni
Joshua D. Snyder
**BONI & ZACK LLC**
15 St. Asaphs Road
Bala Cynwyd, PA 19004
(610) 822-0200

Simon Bahne Paris
Patrick Howard
**SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.**
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
(215) 575-3986

*Proposed Interim Co-Lead Counsel for Plaintiffs*

Jonathan Shub
**SEEGER WEISS, LLP**
1515 Market Street
Philadelphia, PA 19102
(215) 564-2300

Benjamin G. Edelman
**LAW OFFICES OF BENJAMIN EDELMAN**
27A Linnaean Street
Cambridge, MA 02138
(617) 359-3360

Roberta D. Liebenberg
Jeffrey S. Istvan
Gerard A. Dever
**FINE, KAPLAN AND BLACK, R.P.C.**
1835 Market Street, 28th Floor
Philadelphia, PA 19103
(215) 567-6565

Shanon J. Carson
Sarah R. Schalman-Bergen
**BERGER & MONTAGUE, P.C.**
1622 Locust St.
Philadelphia, PA 19103
(215) 875-3000

*Attorneys for Plaintiffs*

| | |
|---|---|
| Dated: June 9, 2011 | By:  /s/ Stuart C. Plunkett<br>        Stuart C. Plunkett |

Stuart C. Plunkett
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
(415) 268-7000

*Attorneys for Defendant*

### E-Filing Attestation

I, Christopher T. Heffelfinger, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45 X.B., I hereby attest that Stuart C. Plunkett has concurred in this filing.

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                                Honorable Jeremy Fogel, USDJ